UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RAYMOND WARREN, JR., et al., ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:09CV1330 JCH |
| ) | |
| CITY OF WENTZVILLE, et al., ) | |
| ) | |
| Defendant(s). ) | |

**ORDER**

**IT IS HEREBY ORDERED** that Defendants' Motion to Strike (Doc. No. 4) is **DENIED**.

Dated this 26th day of January, 2010.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE